**CONSENT TO JOIN**
Pursuant to 29 U.S.C. § 216(b)

**I hereby consent to become a party plaintiff** seeking unpaid wages and overtime against Freightquote.com, Inc. I authorize the filing of this Consent to Join in this action and any other subsequent actions that may or may not be filed post decertification, as needed. For purposes of pursuing my unpaid wage and overtime claims, I choose to be represented by Osman & Smay LLP and/or other attorneys with whom they may associate.

Date: 7-27-2012

Regina Brisbane

Regina Brisbane